Former decision, 560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 4053.

**No. 09-9757. Linda Bays, Petitioner v. Esther Holmes, et al.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5588.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4298.

**No. 09-9758. In re Linda Bays, Petitioner.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5561.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 923, 130 S. Ct. 3330, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4288.

**No. 09-9779. Herman L. Nitz, Jr., Petitioner v. Jean Harvey, et al.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5616.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4256.

**No. 09-9800. Damon Hudson, Petitioner v. Doug Vasbinder, Warden.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5585.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4020.

**No. 09-9820. Grams B. Osborne, Petitioner v. American Multi-Cinema, Inc., dba AMC Theaters Parkway Point 15, et al.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5557.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4454.

**No. 09-9841. Todd L. Cook, Petitioner v. Nebraska.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5569.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4072.

**No. 09-9842. Richard Schmidt, Petitioner v. Cornell Hubert, Warden.**

561 U.S. 1047, 131 S. Ct. 37, 177 L. Ed. 2d 1127, 2010 U.S. LEXIS 5582.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4021.